# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARVIN E. OWENS,<br>    *Plaintiff*,<br>v.<br>MICHAEL NOVIA,<br>    *Defendant*. | No. 3:16cv898 (MPS) |

TO: ANGEL QUIROS, COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, DANIEL DOUGHERTY, THE WARDEN OF MACDOUGALL-WALKER CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,

WHEREAS, **MARVIN OWENS, inmate 314066**, is confined at MacDougall Walker and a status conference is scheduled to take place on **July 13, 2023 at 4:15pm**,

WHEREAS it is necessary for the said MARVIN OWENS to appear via videoconference for this proceeding,

You are hereby commanded to deliver the said MARVIN OWENS, inmate 314066, to the videoconference room to appear for the conference.

SO ORDERED at Hartford, Connecticut this 7th day of July, 2023.

_____/s/_____
Michael P. Shea
United States District Judge