UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARVIN OWENS,<br>    *Plaintiff*, | :<br>:<br>: | |
| v. | : | Case No. 3:16CV898 (MPS) |
| MICHAEL NOVIA,<br>    *Defendant*. | :<br>:<br>:<br>: | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF MCDOUGALL-WALKER CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **MARVIN OWENS**, #314066, is confined at the MACDOUGALL-WALKER CORRECTIONAL INSTITUTION, 1153 East Street South, Suffield, CT, in the custody of the Commissioner of Corrections, and a pretrial conference in this matter is scheduled to take place on **August 2, 2023 at 1:00 p.m.;** and

WHEREAS it is necessary for the said **MARVIN OWENS** to be before this court for these proceedings;

You are hereby commanded to deliver the said **MARVIN OWENS,** inmate #314066, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **August 2, 2023 at 1:00 p.m.**, and to be returned to your custody immediately at the conclusion of the conference.

SO ORDERED at Hartford, Connecticut this 13th day of July, 2023.

                                    _____/s/_____
                                     Michael P. Shea
                                     United States District Judge