UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARVIN OWENS,                        :
    *Plaintiff*,                 :
                                :
    v.                          :     Case No. 3:16CV898 (MPS)
                                :
MICHAEL NOVIA,                       :
    *Defendant*.                  :
                                :

<u>WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>

**TO: ANGEL QUIROS, COMMISSIONER OF CORRECTION, STATE OF CONNECTICUT, THE WARDEN OF MCDOUGALL-WALKER CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,**

WHEREAS, **MARVIN OWENS**, #314066, is confined at the MACDOUGALL-WALKER CORRECTIONAL INSTITUTION, 1153 East Street South, Suffield, CT, in the custody of the Commissioner of Corrections, and a pretrial conference in this matter is scheduled to take place on **October 20, 2023 at 10:00 a.m.;** and

WHEREAS it is necessary for the said **MARVIN OWENS** to be before this court for these proceedings;

You are hereby commanded to deliver the said **MARVIN OWENS,** inmate #314066, to appear at the scheduled proceeding in COURTROOM 3, United States District Court, 450 Main Street, Hartford, Connecticut, on **October 20, 2023 at 10:00 a.m.**, and to be returned to your custody immediately at the conclusion of the conference.

SO ORDERED at Hartford, Connecticut this 4th day of October, 2023.

_____/s/_____
Michael P. Shea
United States District Judge